IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROY JAMES JONES,

     Plaintiff,

v.

SGT. DIANA MASON,

     Defendant.

ORDER

Case No. 26-cv-418-jdp

Plaintiff Roy James Jones has filed a proposed civil complaint and has requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit a certified trust fund account statement no later than May 26, 2026. If I find that plaintiff is indigent, I will calculate an initial partial payment of the filing fee that plaintiff must pay before the court can screen the complaint on the merits under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Roy James Jones may have until May 26, 2026 to submit a certified trust fund account statement for the period beginning approximately November 4, 2025 and ending approximately May 4, 2026. If plaintiff fails to respond to this order by May

26, 2026, then I will assume that plaintiff wishes to withdraw this action voluntarily.  In that

event, the case will be dismissed without prejudice to plaintiff refiling at a later date.

Entered this 5th day of May, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge